1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAREEM J. HOWELL,                          No.  2:18-cv-0513 CKD P

12              Plaintiff,

13       v.                                     ORDER AND

14   D. TRAN,                                   FINDINGS AND RECOMMENDATIONS

15              Defendant.

16

17          On July 13, 2018, the court ordered plaintiff to complete and return to the court, within

18   thirty days, the USM-285 form necessary to effect service on defendant.  That thirty day period

19   has passed, and plaintiff has not responded to the court's order.

20          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

21   court judge to this case; and

22          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

23   Fed. R. Civ. P. 41(b).

24          These findings and recommendations will be submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court.  The document should be captioned "Objections to Findings and

28   Recommendations."   Plaintiff is advised that failure to file objections within the specified time

                                            1

may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
howe0513.fusm